UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SAMUEL HAYES,

    Defendant.

Case No. 3:20-cr-93

District Judge Michael J. Newman

---

**ORDER: (1) MAKING AN ENDS OF JUSTICE FINDING; AND (2) SETTING THIS CASE FOR A CHANGE OF PLEA HEARING ON MAY 5, 2021 AT 11:00 AM**

---

This criminal case came before the Court for a status conference on April 27, 2021 at 11:00 a.m. Dwight Keller participated on behalf of the Government. Chet Slicer participated on behalf of Defendant. By agreement of the parties, this case is set for a Change of Plea Hearing on **May 5, 2021 at 11:00 AM** in GoToMeeting before Judge Michael J. Newman

The Court finds, after considering the factors set forth in 18 U.S.C. § 3161(h)(7)(B), that the ends of justice are served by continuing this matter until the Change of Plea Hearing on May 5, 2021.  Failure to grant such a continuance would deny counsel for the parties the reasonable time necessary for effective preparation, deprive the Defendant of the opportunity to fully address his concerns with his attorney, and may ultimately lead to a miscarriage of justice.   Accordingly, without objection by the parties, the time from April 27, 2021 until the May 5, 2021 Change of Plea Hearing is excluded in computing the time period set forth in 18 U.S.C. § 3161 within which the United States must bring Defendant to trial.

    **IT IS SO ORDERED.**

Date:  April 27, 2021                          s/ Michael J. Newman

                                                Hon. Michael J. Newman
                                                United States District Judge